# NO. 12-14-00131-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EDOM CORNER, LLC AND EARL A. BERRY, JR.,* **APPELLANTS** | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *IT'S THE BERRY'S, LLC D/B/A MARY ELLEN'S,* **APPELLEE** | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Edom Corner, LLC and Earl A. Berry, Jr. have filed a "Notice of Interlocutory Appeal." We construe the notice as a petition for permission to appeal the trial court's order relating to prior litigation between Appellants and It's The Berry's, LLC d/b/a Mary Ellen's. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2013); *see also* TEX. R. APP. P. 28.3 & cmt. Appellants have not established that they are entitled to a permissive appeal. Accordingly, we *deny* their petition for permissive appeal.

Opinion delivered June 11, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 11, 2014

NO. 12-14-00131-CV

**EDOM CORNER, LLC AND EARL A. BERRY, JR.,**
Appellants
V.
**IT'S THE BERRY'S, LLC D/B/A MARY ELLEN'S,**
Appellee

Appeal from the 294th District Court

of Van Zandt County, Texas (Tr.Ct.No. 09-00138)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this petition for permissive appeal should be denied.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this petition for permissive appeal be, and the same is, hereby **denied**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*